HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
SAMANTHA RENE PIKE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> vs. <br><br> SAMANTHA RENE PIKE <br><br> *Defendant.* | Case No.  6:12-mj-0110-MJS <br><br> STIPULATION TO AMEND JUDGEMENT TO EXTEND PROBATIONARY PERIOD; ORDER <br><br> Date:   January 17, 2014 <br> Time:  11:30 a.m. <br> Judge:  Hon. Michael J. Seng |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record that the probationary period, currently set to terminate on February 5, 2014, may be extended by six months, thereby terminating on August 5, 2014.

The defendant pled guilty to a "Wet" Reckless charge.  She was sentenced to a fine of $1,000 and a 12-month term of probation with the conditions that she obey all laws, pay the fine, and complete a "Wet" Reckless program through the DMV.  The defendant has advised defense counsel that she needs additional time to comply with the terms of her probation.  Accordingly, the parties stipulate and jointly request that the Court to extend the term of probationary by six months.

/ / /

/ / /

/ / /

-1-

Dated:  January 17, 2014               Respectfully submitted,

                                       BENJAMIN J. WAGNER
                                       United States Attorney


                                       */s/ Matthew McNease*
                                       Matthew McNease
                                       Acting Legal Officer
                                       National Park Service
                                       Yosemite National Park

                                       HEATHER E. WILLIAMS
                                       Federal Defender


                                       */s/ Jerome Price*
                                       JEROME PRICE
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       SAMANTHA RENE PIKE

**O R D E R**

IT IS SO ORDERED.

   Dated:   January 21, 2014            /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE